Henry J. MAXWELL, Jr., Appellant,

v.

TYSON FOODS, INC. Appellee.

No. 01–3098.

United States Court of Appeals,
Eighth Circuit.

Submitted July 1, 2002.

Filed July 5, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Henry J. Maxwell, Jr., appeals from the district court's[1] judgment, issued following a bench trial, in favor of Tyson Foods, Inc., in his employment-discrimination action brought under Title VII, 42 U.S.C. §§ 2000e to 2000e–17. Having carefully reviewed the record and the parties' submissions on appeal, we affirm. See 8th Cir. R. 47B. We deny Mr. Maxwell's pending motions.

---

1. The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).